

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/20/2021 09:45 AM

COURTROOM 9B

HONORABLE ROBERTA COLTON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:20-bk-00683-RCT** | **13** | **01/28/2020** |

**Chapter 13**

**DEBTOR:**   David Kinder

**DEBTOR ATTY:**   **Jay Weller**

**TRUSTEE:**   **Kelly Remick**

**HEARING:**

Con't Hearing on Confirmation
        Second Amended Plan (Doc 21)
        Unfavorable Recommendation and
        Obj to Plan by Trustee (Doc 11)
        Note: Con't from 12/2/20
        .

ELEPHONIC A**APPEARANCES:**: Caroline Printy: Trustee Atty

**RULING:** Con't Hearing on Confirmation -   CON'T TO 3/3/21 @ 9:45 AM (AOCNFNG)
 Second Amended Plan   (Doc 21)    Unfavorable Recommendation and
Obj to Plan by Trustee   (Doc 11)

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.